DOUGLAS KRUSCHEN
PO BOX 465
AGOURA HILLS, CA 91376-0465
DOUGLASK@MAC.COM
(805) 225-3328

6244-092330004  2013092310:73  <No Field>  Page 16 of 17

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>          v.                                PLAINTIFF(S)<br><br>FMA ALLIANCE, LTD., a private limited company,<br><br><br><br>                                         DEFENDANT(S). | CASE NUMBER<br><br>CV13-7504 PSG (MRWx)<br><br><br>SUMMONS |

TO:    DEFENDANT(S):

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Douglas Kruschen_____, whose address is P.O. Box 465, Agoura Hills, CA 91376_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____OCT - 9 2013____      By: ____JULIE PRADO____
                                              Deputy Clerk
                                              (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*