NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DOUGLAS KRUSCHEN
PO BOX 465
AGOURA HILLS, CA 91376-0465
DOUGLASK@MAC.COM
(805) 225-3328


FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS KRUSCHEN, an individual,

Plaintiff(s),

v.

FMA ALLIANCE, LTD., a private limited company

Defendant(s)

CASE NUMBER:

CV13-7504 PSG (MRWx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        DOUGLAS KRUSCHEN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FMA ALLIANCE, LTD. | Defendant |

September 23, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):
DOUGLAS KRUSCHEN

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES