Sean P. Flynn, Esq. (SBN 220184)
*sflynn@foleymansfield.com*
M. Amadea Groseclose, Esq. (SBN 267091)
*mgroseclose@foleymansfield.com*
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:   (213) 283-2101

Attorneys for Defendant
**FMA ALLIANCE, LTD.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual, | Case No:      CV13-7504 |
| Plaintiff, | |
| vs. | **DEFENDANT'S  ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |
| FMA ALLIANCE, LTD., | |
| Defendant. | Complaint Filed:   October 9, 2013<br>Trial Date:           TBD |

///
///
///
///
///
///
///
///
///
///
///
///

Defendant, FMA ALLIANCE, LTD. ("Defendant"), hereby responds on behalf of itself, and no other, to the Complaint of Plaintiff, DOUGLAS KRUSCHEN ("Plaintiff"), as follows:

1.     Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Defendant generally denies each and every allegation contained in the complaint except those expressly admitted below.

2.     Defendant admits the allegations of paragraphs 8-11; and 22, relative to Defendant's principal place of business.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the items set forth in the prayer for relief.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Statute of Limitations)

Defendant is informed and believes and thereon alleged that the applicable statutes of limitation bar all claims for relief in the Complaint.

### Second Affirmative Defense

### (Contributory/Comparative Fault)

Defendant is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff and resulted from Plaintiff's own negligence, which equaled or exceeded any alleged negligence or wrongdoing by Defendant.

### Third Affirmative Defense

### (Failure to Mitigate)

The damages claimed by Plaintiff could have been mitigated with due diligence or by one acting under similar circumstances.  Plaintiff's failure to mitigate is a bar to recovery under the Complaint.

## Fourth Affirmative Defense

### (Estoppel)

The Complaint and each of its purported claims for relief are barred by the doctrine of estoppel.

## Fifth Affirmative Defense

### (Laches)

The Complaint and each of its purported claims for relief are barred by the doctrine of laches.

## Sixth Affirmative Defense

### (Unclean Hands)

The Complaint and each of its purported claims for relief are barred by the doctrine of unclean hands. Plaintiff's Complaint does not contend that the subject debt is not owed, nor that the subject debt has been satisfied. As such, Plaintiff is in breach of the agreement with the credit originator, and but for the breach of that agreement Defendant would not have communicated with Plaintiff.

## Seventh Affirmative Defense

### (Waiver)

The Complaint and each of its purported claims for relief are barred by the doctrine of waiver.

## Eighth Affirmative Defense

### (Good Faith)

Defendant alleges that at all times it acted in good faith and with good cause. The conduct of Defendant was within the reasonable expectations of the parties and was reasonably related to Defendant's legitimate business interests upon the basis of reasonable factors.

## Ninth Affirmative Defense

### (Failure to State a Claim)

The Complaint, fails to state facts sufficient to constitute a cause of action against

Defendant relative to the content of the alleged communications and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Defendant.

### Tenth Affirmative Defense

#### (Joinder)

Defendant is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiffs are the result of the acts or omissions of third persons over whom Defendant had neither control nor responsibility, and whom Plaintiff has failed to name in this action.

### Eleventh Affirmative Defense

#### (Express Consent)

Defendant had prior express written consent of Plaintiff to place the subject calls.

### Eleventh Affirmative Defense

#### (Reserved Affirmative Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist at this time. Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

**WHEREFORE**, Defendant prays as follows:

1.    Plaintiff takes nothing by way of his Complaint herein and that this action is dismissed in its entirety;

2.    For Defendant's attorney's fees and costs incurred herein;

3.    For such other relief as the Court may deem just and proper.

DATED:  November 14, 2013          **FOLEY & MANSFIELD, PLLP**

By: */s/ Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
**FMA ALLIANCE, LTD.**

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

# DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that defendant FMA ALLIANCE, LTD. hereby demands a trial by jury in this action.


DATED:  November  14, 2013            **FOLEY & MANSFIELD, PLLP**


By: */s/ Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
**FMA ALLIANCE, LTD.**

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 300 S. Grand Ave., Suite 2800, Los Angeles, CA 90071.

On **November 14, 2013**, I filed and served the foregoing document described as: DEFENDANT'S   ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL.

| | |
|---|---|
| Douglas Kruschen<br>P.O. Box 465<br>Agoura Hills, CA 91376-0465<br><br>Plaintiff in Pro Per | |

☒   ***(BY MAIL)***  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices.  I am ready familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐   ***(BY COURT'S CM/ECF SYSTEM)*** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list that is located on the PACER website.

Executed on **November 14, 2013**, Los Angeles, California.

☒   [**FEDERAL**] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ OLGA VALADEZ

Olga Valadez