Douglas Kruschen
P.O. Box 465
Agoura Hills, CA 91376-0465
(805) 225-3328
*(Plaintiff Pro Se)*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>*Plaintiff*<br><br>v.<br><br>FMA ALLIANCE, LTD., a private limited company,<br><br>*Defendant* | Case No. CV13-7504 PSG (MRWx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice and without costs to any party as against all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

Page 1 of 2
Kruschen v. FMA Alliance, Ltd. – Stipulation of Voluntary Dismissal With Prejudice
(FRCP 41(a)(1)(A)(ii))

1  DATED: December 26, 2013

By: _____
DOUGLAS KRUSCHEN
PLAINTIFF PRO SE

7  DATED: ~~December~~ January 19, 2013

By: _____
SEAN P. FLYNN
FOLEY & MANSFIELD
Attorneys for Defendant
FMA ALLIANCE, LTD.

Page 2 of 2
Kruschen v. FMA Alliance, Ltd. – Stipulation of Voluntary Dismissal With Prejudice
(FRCP 41(a)(1)(A)(ii))

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Ave., Suite 2800, Los Angeles, California 90071

On **January 21, 2014**, I served the foregoing document described as: **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

> Douglas Kruschen
> P.O. Box 465
> Agoura Hills, Ca  91376-0465
> Plaintiff, in Pro Per

☒ *(BY MAIL)* I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am ready familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 21, 2014**, Los Angeles, California.

> */s/ Martina Lopez*_____
> Martina Lopez